**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| LAN TU TRINH, | : | No. 37 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KATHLEEN TRINH AND LT | : | |
| INTERNATIONAL BEAUTY SCHOOL | : | |
| INC., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2018, the Petition for Review and the Petition for Leave to Amend Petition for Review are DENIED.